UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARNOLD LEVONE and ALLEN S. POPPER.,

                Plaintiffs

         -against-

ASSOCIATION OF LEGAL AID ATTORNEYS, et al.,

                Defendant.
-----------------------------------------------------------x

24-cv-2733(PKC)

ORDER

CASTEL, Senior District Judge:

        Prior to taking office as a United States District Judge on November 4, 2003, the undersigned was a member of the board of directors of the Legal Aid Society in the City of New York. I know nothing about this case or claim.

        I disclose the foregoing and direct that any party or counsel who wishes to make any application or seeks further inquiry do so within ten days hereof.

        SO ORDERED.

                                              P. Kevin Castel
                                            United States District Judge

Dated: New York, New York
       April 12, 2024