UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ARNOLD LEVINE and ALLEN S. POPPER,

                         Plaintiffs,                      24-cv-2733 (PKC)

       -against-                              SCHEDULING ORDER

ASSOCIATION OF LEGAL AID
ATTORNEYS UAW LOCAL 2325, et al.,

                        Defendants.

-----------------------------------------------------------x

CASTEL, District Judge:

        WHEREAS, defendants Association of Legal Aid Attorneys UAW Local 2325 ("AALS"), Legal Aid Society ("LAS") and City of New York ("City") have expressed an intent to move to dismiss the complaint pursuant to Rule 12(b)(6), Fed. R. Civ. P., on the grounds set forth in a pre-motion letters.  (ECF 22, 23, 24.)

        WHEREAS, plaintiffs has been invited under the Court's Individual Practices to seek the opportunity to amend its complaint in response to the pre-motion letter but have stated they do not wish to do so,

        NOW, therefore the following is ORDERED:

        1.     Based upon the overlapping nature of their arguments, defendants AALS, LAS and City may file their motion to dismiss by September 20, 2024 with page limit extended to 40 pages.  Plaintiff shall respond to the motion by October 20, 2024.  Any reply by defendants shall be filed by November 15, 2024.

-2-

2.	The Court hereby limits the time to amend or move to amend to the later of the following: (a) the date to amend as of right under Rule 15, Fed. R. Civ. P.; or (b) 21 days from the filing of the motion to dismiss.

3.	Discovery is stayed.

4.	Conference scheduled for September 6, 2024 is VACATED.

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       August 7, 2024