**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ARNOLD LEVINE and ALLEN S. POPPER,

                              Plaintiffs,

-against-                              24 **CIVIL** 2733 (PKC)

**JUDGMENT**

ASSOCIATION OF LEGAL AID ATTORNEYS,
UAW LOCAL 2325, LEGAL AID SOCIETY and
CITY OF NEW YORK,

                              Defendants.
-----------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated June 30, 2025, the motion to dismiss is GRANTED. Judgment entered for defendants, and the case is closed.

**Dated:**  New York, New York

       June 30, 2025

                                                    **TAMMI M. HELLWIG**

                                                        Clerk of Court

                              **BY:**

                                                        **Deputy Clerk**